Henry Haves and W. L. Engelhardt for Petitioner.

Lloyd S. Nix, City Prosecutor, and Joe W. Matherly and F. W. Fellows, Deputies City Prosecutor, for Respondents.

[L. A. No. 11632. In Bank.—February 24, 1930.]

E. M. HACKEL, Petitioner, v. MUNICIPAL COURT OF THE CITY OF LOS ANGELES et al., Respondents.

Cooper & Collings for Petitioner.

Everett W. Mattoon, County Counsel, S. V. O. Prichard, Deputy County Counsel, Lloyd S. Nix, City Prosecutor, and Ray P. Brockman, Deputy City Prosecutor, for Respondents.

THE COURT.— This is a proceeding in mandate similar in all essential particulars to the preceding cases of *Harris* v. *Municipal Court et al.* (L. A. No. 11787), *ante,* p. 55 [285 Pac. 699], and *Gutterman* v. *Municipal Court et al.* (L. A. No. 11605), *ante,* p. 65 [295 Pac. 703], this day

decided. The complaint against the petitioner for usury, a misdemeanor, was filed in the respondent court on September 23, 1927, and the warrant was served on April 18, 1929, and nothing was done by the prosecution in the meantime to bring the case on for trial. Proceedings similar to those in the other cases were taken in the respondent court to bring about a dismissal of the action with like result. On the authority of those cases the peremptory writ of *mandamus* is ordered issued as prayed.